IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -2 A 9 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DANIEL W. MADISON and DONALD G. MADISON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:06-cv-199-WKW ) |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Alabama Department of Transportation hereby removes to this Court the state-court action described below:

1. On February 3, 2006, an action was commenced in the Circuit Court of Montgomery County, Alabama, entitled *Daniel W. Madison and Donald G. Madison v. Alabama Department of Transportation*, CV-2006-325-EWR.

2. Defendant Alabama Department of Transportation received a copy of Plaintiffs' Complaint on February 3, 2006. Defendant has not received service. This Notice is timely.

3. Copies of all process, pleadings, and orders served upon Defendant in the state-court action are attached hereto as "Exhibit A."

4. This action is a civil action of which this Court has jurisdiction under 28 U.S.C. § 1331 and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under federal law.

5. There are no other defendants in this action.

WHEREFORE, Defendant Alabama Department of Transportation prays that this action be removed to this Court.

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        _____
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Jason A. Trippe (TRI012)
        Assistant Attorney General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359

2

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON and DONALD G. MADISON, )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>Defendant. )<br>) | CASE NO. 2:06-cv-_____ |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of March, 2006, I have served the foregoing on the following by placing a copy thereof, addressed as indicated below, in United States Mail, First Class Postage prepaid:

Mr. Donald G. Madison, Esq.
182 East Old Hayneville Road
Montgomery, Alabama 36105
ATTORNEY FOR PLAINTIFFS

_____
Jason A. Trippe (TRI012)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)

3