IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON and DONALD G. MADISON, | ) ) ) ) |
| v. | ) ) ) CASE NO. 2:06-cv-199-WKW |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) ) |
|    Defendant. | ) ) |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' OBJECTION TO REMOVAL

COMES NOW the Alabama Department of Transportation (hereinafter referred to as the "Department") and respectfully submits Defendant's Response to Plaintiffs' Objection to Removal. In support of this Response, Defendant would show unto the Court the following:

1. Defendant avers that it complied with 28 U.S.C.A. § 1446 by filing with this Court in a timely manner "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." In addition, Defendant avers that it complied with 28 U.S.C.A. § 1446(d) by notifying Plaintiffs and filing a copy of the Notice of Removal with the Circuit Court of Montgomery County, Alabama.

2. Plaintiffs in this action challenge the amount of compensation awarded as result of the condemnation of their property. Therefore, this cause is subject to this Court's jurisdiction pursuant to the Fifth Amendment to the United States Constitution. See Complaint (Doc No. 1, Exhibit A).

3. Plaintiffs in this action challenge the amount of compensation awarded for relocation expenses as a result of the condemnation of their property. Therefore, this cause is

subject to this Court's jurisdiction pursuant to the federal Uniform Relocation Act, 42 U.S.C.A. § 4601 (2006); *See also*, ALA.CODE § 23-1-210 (1975). *See* Complaint (Doc. No. 1, Exhibit A).

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Defendant prays that the removal by Defendants be granted.

                RESPECTFULLY SUBMITTED
                TROY KING
                ATTORNEY GENERAL

                s/ Jason A. Trippe
                Jim R. Ippolito, Jr. (IPP001)
                Assistant Attorney General
                Chief Counsel

                Jason A. Trippe (TRI012)
                Assistant Attorney General
                Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL W. MADISON and DONALD G. MADISON,** | )<br>)<br>) |
| **,** | ) |
| **v.** | )<br>)     CASE NO. 2:06-cv-199-WKW<br>) |
| **ALABAMA DEPARTMENT OF TRANSPORTATION,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

> Mr. Donald G. Madison, Esq.
> 182 East Old Hayneville Road
> Montgomery, Alabama  36105
> ATTORNEY FOR PLAINTIFFS

> s/ Jason A. Trippe
> Jason A. Trippe (TRI012)
> Assistant Attorney General
> Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)