IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON, *et al.*,         ) | |
| ) | |
|    Plaintiffs,         ) | |
| ) | |
| v.         ) | CASE NO. 2:06-CV-199-WKW |
| ) | |
| ALABAMA DEPARTMENT         ) | |
| OF TRANSPORTATION,         ) | |
| ) | |
|    Defendant.         ) | |

## **ORDER**

Upon consideration of the plaintiffs' Objection to Removal (Doc. # 2), filed on April 13, 2006, which has been construed as a motion to remand, it is hereby

ORDERED that the motion be submitted without oral argument on May 15, 2006.

It is further ORDERED that the defendant file a response which shall include a brief and any evidentiary materials on or before May 8, 2006. The plaintiff may file a reply brief on or before May 15, 2006.

The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

DONE this the 18th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE