Form ROW-RA-24  SS# ____ FEIN # 63-0995812 ____
Rev. 3/01
                              63-0719728

Payee ____ Armstrong Relocation ____
Address ____ U.S. Hwy 331 ____
City ____ Montgomery, AL 36105 ____
Date ____ 4/22/05 ____
Project ____ NHF-336 (8) ____
County ____ Montgomery ____

In Account With
ALABAMA
DEPARTMENT OF TRANSPORTATION

I hereby certify that, on ____ March 31, 2005 ____ I removed my
                              (date of removal)

personal property from ____ Highway 331 Montgomery, AL ____
                              (address)

to ____ Armstrong Relocation ____
                              (address)

that I have been fully informed of the allowable alternate moving expenses, the dislocation allowance, allowable incidental transfer expenses, and alternate replacement housing payments under Relocation Assistance and Payments: that all documents shown to and furnished to the State in support if this claim are originals or true and correct copies; that I purchased the replacement dwelling on ____ 8/1/03 ____ (if applicable) and that I occupied the replacement dwelling or room on Not moved. I further certify that no previous claim has been submitted for the same payment; that this claim is true and correct; and that payment therefor has not been received; that payment of these costs has not been received nor is payment contemplated from any other source.

____ Brenda Kelley ____
(Signature of Claimant)

Sworn and subscribed before me this ____ 22nd ____ day of
____ April ____, 2005.
____ Canderiea Kyzr ____, NOTARY PUBLIC

Approved:
_____, Division Engineer
_____, Engineer, Bureau
                       of Right of Way

---

02   RELOCATION PAYMENTS
          INVOICE                    Source Code: 61

                              Refunded
                              $8362.00
                              7-21-05

TYPE OF UNIT              OCCUPANCY                      TYPE MOVE

1. Dwelling               1. Owner (180 Days or Longer)  1. Actual
2. Farm                   2. Owner (90-179 Days)         2. Fixed
3. Business               3. Tenant                      3. In Lieu
4. Non-Profit Organization                               4. Self
5. Sign

        1. Non-DSS to DSS              2. DSS TO DSS

Moving and storage payments for Donald & Daniel Madison

DISTRIBUTION

| Account Number | Funct. | Object | Fund | Project Number | Part | Tract | Parcel | Amount |
|---|---|---|---|---|---|---|---|---|
| 4306 | 0254 | 052A | | R317 100 029 62 0 | 2 | 0006 | 00B | $8,388.34 |

                                                Total   $8,388.34

____ Canderiea Kyzr ____    4-22-05
Division Relocation Officer    Date

____ SO423635 ____           5-19-05
Paid by State Warrant No.      Date

DEFENDANT'S
EXHIBIT
1

Bus move 60Kn

# ALABAMA DEPARTMENT OF TRANSPORTATION
## MISCELLANEOUS PAYMENT

Page 1 of 1

**FEIN:** 630719728  02  
**FROM:** ARMSTRONG RELOCATION  
ROW  
ALDOT, AL 36130-0000  

**ORG:** RIGHT OF WAY  
**DOT REQ NUM:**  
**P.O. NUM:**  
**REC DATE:** 04/22/2005  

**TYPE:** V2  
**DOC #:** 05G461956  
**DOC DATE:** 05/11/2005  
**ACCT PERIOD:** 2005 MAY  
**PO DATE:**

| LINE | DESCRIPTION | | CONTRACT | QUANTITY | UNIT | PO | REV/SRC | DEBIT (+) | CREDIT (-) |
|---|---|---|---|---|---|---|---|---|---|
| FY | ACCT FUNC OBJ EVENT FUND | PGM/PROJ | PC EQUIP | BRIDGE | CO TRACT | PARCEL | VEND INVOICE NUMBER | INV DATE | |
| 1 | CTUAL BUSINESS MOVE PAYMENT TR. 6-B (OWNER | | | | N/A | | | $8,388.34 | |
| 2005 | 4306 0254 0524    30 | R317100029620 | 2 | | 0006 | 00B | | | |
| | | | | | | | SUB TOTALS | $8,388.34 | $0.00 |
| | | | | | | | TOTAL | $8,388.34 | |

