Average completion time for this form is one hour. If you wish to comment on the accuracy of this burden, please direct your comments to OMB and FHWA at the following addresses

Office of Management and Budget  
Paperwork Reduction Project 2125-0529  
Washington, D.C. 20503

or

Federal Highway Administration  
Office of Engineering, HNG-12  
400 7th Street, S.W.  
Washington, D.C. 20590

| TO BE COMPLETED BY FHWA | | | |
|---|---|---|---|
| MONTHLY TRANSACTION NUMBER | U.S. Department of Transportation | **MODIFICATION OF FEDERAL-AID PROJECT AGREEMENT** | State: **ALABAMA** |
| PROJECT REPORT NUMBER | | | County: **MONTGOMERY** |
| MODIFICATION NUMBER | Federal Highway Administration | | Project Number: **RESTF-NHF-336(8)** |

The Project Agreement for the above-referenced project entered into between the undersigned parties and executed by the Division Administrator on _____ JULY 1 _____, 19 92 is hereby modified as follows:

|  | Former Amount | Revised Amount |
|---|---|---|
| Estimated total cost of project | $ 870,000.00 | $ 5,047,670.00 |
| Federal funds | $ 696,000.00 | $ 4,038,136.00 |
| Other revisions | | |

This modification is made for the following reasons: TO ADD RIGHT-OF-WAY FUNDS.

All other terms and conditions of the Project Agreement will remain in full force and effect.

This modification is effective as of the _____ 9th _____ day of _____ Sept _____, 19 96.

ALABAMA DEPARTMENT OF TRANSPORTATION  
*(Official name of Highway Agency)*

By _____[signature]_____  
OFFICE ENGINEER  
*(Title)*

By _____  
*(Title)*

By _____  
*(Title)*

U.S. DEPARTMENT OF TRANSPORTATION  
FEDERAL HIGHWAY ADMINISTRATION

By _____[signature]_____  
*(Division Administrator)*  
For Joe D. Wilkerson, Division Administrator  
Federal Highway Administration

**DEFENDANT'S EXHIBIT 2**

Form PR-2A (Rev. 7/83) (PF V2.1, 3/1/92)      PREVIOUS EDITIONS ARE OBSOLETE      50189—M-34d