IN THE UNITED STATES DISTRICT COURT FOR THE
MIDLLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON and DONALD G. MADISON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 2:06-cv-199-WKW |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS'
REPLY BRIEF TO DEFENDANT'S BRIEF IN OPPOSITION TO REMAND**

Defendant Alabama Department of Transportation (hereinafter "ALDOT") submits this Motion for Leave to File Response to Defendant's Brief in Opposition to Remand. The purpose of filing a response is to correct misstatements and misapplication of laws.

1. On April 19, 2006 this Court entered an Order (Doc. No. 4) giving ALDOT an opportunity to submit a brief to address Plaintiffs' Motion to Remand (Doc. No. 2). In addition, this Court granted Plaintiffs an opportunity to reply to ALDOT'S brief (Doc. No. 5). ALDOT filed its Brief in Opposition to Remand (Doc No. 5) on May 8, 2006, and Plaintiffs filed their reply brief (Doc. No. 6) on May 16, 2006.

2. ALDOT contends that Plaintiffs have misstated and misapplied certain laws to the issues concerning relocation assistance.

3. A response to Plaintiffs' reply brief would assist the Court in understanding the issues presented and clarify the arguments presented.

4. Thus, ALDOT requests leave of this Court to file the attached brief in response to Plaintiffs' reply brief to correct the misstatements and misapplication of law.

GIVEN THE ABOVE, the Department respectfully requests leave to file a reply brief within seven days of the Plaintiff's Reply Brief in Opposition to Removal (Doc. No. 6).

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        s/ Jason A. Trippe
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Jason A. Trippe (TRI012)
        Assistant Attorney General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| DANIEL W. MADISON and DONALD G. MADISON, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) CASE NO. 2:06-cv-199-WKW ) |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Donald G. Madison, Esq.
418 Scott Street
Montgomery, Alabama 36104
ATTORNEY FOR PLAINTIFFS


s/ Jason A. Trippe
Jason A. Trippe (TRI012)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)