IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON, *et al.*,      )<br>                                                           )<br>      Plaintiffs,                               )<br>v.                                                      )<br>                                                           )<br>ALABAMA DEPARTMENT OF      )<br>TRANSPORTATION,                      )<br>                                                           )<br>      Defendant.                              ) | CASE NO. 2:06-cv-199-WKW |

## **ORDER**

Upon consideration of Defendant's Motion for Leave to File Response to Plaintiffs' Reply Brief to Defendant's Brief in Opposition to Remand (Doc. # 7) and the Motion to Strike filed by the plaintiffs (Doc. # 8), it is hereby

ORDERED that the motion to strike is DENIED.

It is further ORDERED that the motion for leave to file response (Doc. # 7) is GRANTED. The defendant shall file its sur-reply on or before August 18, 2006. The motion to remand (Doc. # 2) will be under submission on August 18, 2006.

DONE this 11th day of August, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE