IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON and DONALD G. MADISON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   CASE NO.: CV-199-WKW |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) ) |
| Defendants. | ) |

**MOTION TO PRODUCE REGULATIONS/PROCEDURES ENACTED
PURSUANT TO TITLE 21-1-210,211 AND 212**

COME NOW the Plaintiffs and respectfully Move this Honorable Court to Order that the Defendant produce any and all regulations to compensate displaced persons which said Defendant has enacted pursuant to Title 21-1-210, 211 and 213, <u>1975 Code of Alabama, as amended</u>. In support hereof, the Plaintiffs would show unto this Court, the following:

1. The Defendants have argued that the Plaintiffs' claims arise under Title 21-1-210, 211 and 213, <u>1975 Code of Alabama</u>.

2. The Plaintiffs therefore move this Honorable Court to order the Defendants to produce any and all state laws, rules and/or regulations which have been enacted by the Department of Transportation pursuant to Title 21-1-210, 211 and/or 213, <u>1975 Code of Alabama</u>, regarding compensating displaced persons for claims such as Plaintiffs' claims arising from a federally funded state condemnation project.

3. That, with all due respect, Plaintiffs would request that this Court delay submission

of this matter based upon briefs already submitted, and Order that the Defendant produce any item requested in paragraph 2 above prior to taking this case under submission.

This request is not intended to delay these proceedings; instead this request is made to aid in clarifying the positions of the Defendants if they are not in fact bound by the decision of the Alabama Supreme Court in the <u>Avery v. Marengo County Commission</u>, 646 So. 2d 1347 (Ala.1994) decision concerning the Defendant's duties and responsibilities to provide compensation to "Displaced Persons" under a federally funded program.

                                                Respectfully submitted,

S/ Donald G. Madison
DONALD G. MADISON, PRO SE
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile (334) 265-8511
E-mail: btjarvis1@bellsouth.net


S/ Daniel W. Madison
DANIEL W. MADISON, PRO SE


OF COUNSEL:
Donald G. Madison, Pro Se
Daniel W. Madison, Pro Se
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile (334) 265-8511

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 18th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Honorable Jim R. Ippolito, Jr. and Honorable Jason A. Trippe, Assistant Attorneys General, as well as depositing a copy of the same in the United States mail, postage prepaid, to their address of State of Alabama Department of Transportation, 1409 Coliseum Boulevard, Montgomery Alabama 36110 on this the 13th day of April, 2006.

    S/ Donald G. Madison
DONALD G. MADISON, PRO SE
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile (334) 265-8511
E-mail: btjarvis1@bellsouth.net