**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DANIEL W. MADISON and DONALD G. MADISON,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| v. | ) <br> ) **CASE NO. 2:06-cv-199-WKW** <br> ) |
| **ALABAMA DEPARTMENT OF TRANSPORTATION,** | ) <br> ) <br> ) |
| **Defendant.** | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO PRODUCE
REGULATIONS/PROCEDURES**

COMES NOW Defendant, the Alabama Department of Transportation ("ALDOT"), in response to Plaintiffs' Motion to Produce Regulations/Procedures Enacted Pursuant to Title 21-1-210, 211, and 212 (Doc. No. 13), and notifies the Court that it has this day sent to Plaintiffs a copy of its *Relocation Assistance* manual (August 2002 ed.) via U.S. Mail, First Class Postage prepaid.

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        s/ Jason A. Trippe
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Jason A. Trippe (TRI012)
        Assistant Attorney General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
trippej@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON and DONALD G. MADISON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) |
| Defendant. | ) ) |

CASE NO. 2:06-cv-199-WKW

## CERTIFICATE OF SERVICE

I hereby certify that, on August 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Donald G. Madison, Esq.
418 Scott Street
Montgomery, Alabama 36104
ATTORNEY FOR PLAINTIFFS

s/ Jason A. Trippe
Jason A. Trippe (TRI012)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)

2