IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL W. MADISON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-199-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the plaintiff's Motion to Produce Regulations/Procedures Enacted Pursuant to Title 21-1-210, 211 and 212 (Doc. #13) filed on August 18, 2006, and the defendant's response thereto (Doc. #14), it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 23rd day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE